UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Metropolitan Life Insurance,

    Plaintiff,

v.        Case No. 08-14849

Rose Murdock, *et al.,*    Honorable Sean F. Cox

    Defendants.
_____/

## ORDER TO OBTAIN COUNSEL

    Plaintiff Metropolitan Life Insurance filed this interpleader action on November 19, 2008. On January 15, 2009, a representative of Defendant American Capital Funding, LLC ("American Capital") named Diane Beilharz[1] filed a written response on behalf of American Capital. (Docket Entry No. 3). As a limited liability company, however, American Capital may only appear in this action through counsel. *See Word v. Pines Window and Siding*, 2009 WL 728514 (E.D. Mich. 2009); *Century 21 Real Estate, LLC v. Everitt*, 2009 WL 187704 (E.D. Mich. 2009); *ICLNDS Notes Acquisitions, LLC*, 259 B.R. 289, 294 (Bkrtcy. N.D. Ohio 2001). Accordingly, IT IS ORDERED that American Capital shall obtain counsel to represent it in this action and that counsel must file an appearance in this action no later than **April 16, 2009.**

    IT IS SO ORDERED.

                                        S/Sean F. Cox
                                        SEAN F. COX
                                        UNITED STATES DISTRICT JUDGE

Dated: April 2, 2009

---

[1]The written submission does not identify Ms. Beilharz as an attorney.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Metropolitan Life Insurance,

    Plaintiff,

v.                                Case No. 08-14849

Rose Murdock, *et al.,*         Honorable Sean F. Cox

    Defendants.
_____/

**PROOF OF SERVICE**

    I hereby certify that on April 2, 2009, a copy of the foregoing document was served upon counsel of record by electronic means and by First Class Mail upon:

American Capital Funding, LLC
900 39th Street
Newport News, VA   23607

Lisa Tarrant
1601 Cresson Ridge Lane
Brandon, FL 33510

                                              S/ Jennifer Hernandez
                                              Case Manager