UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Metropolitan Life Insurance,

    Plaintiff,

v.                                                    Case No. 08-14849

Rose Murdock, *et al.*,              Honorable Sean F. Cox

    Defendants.
_____/

## AMENDED NOTICE AND ORDER
## REGARDING STATUS CONFERENCE

You are hereby **ORDERED** to appear before the Honorable Sean F. Cox on **April 27 2009 at 3:00 P.M.** in Courtroom 257 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan 48226, for a mandatory status conference in this action.

The Court **ORDERS** that **Rose Murdock, Lisa Tarrant, and a client representative of American Capital Funding, LLC**, along with their counsel, if any, **APPEAR IN PERSON** at this Status Conference. The parties are cautioned that the Court may impose sanctions for failure to appear at this Status Conference, including the dismissal of claims, the entry of default judgment, or other appropriate sanctions.

    **IT IS SO ORDERED.**

                                                  S/ Sean F. Cox
                                                  Sean F. Cox
                                                  United States District Judge

Date: April 2, 2009

I hereby certify that on April 2, 2009, a copy of the foregoing document was served upon

counsel of record by electronic means and by First Class Mail upon:

American Capital Funding, LLC
900 39th Street
Newport News, VA   23607

Lisa Tarrant
1601 Cresson Ridge Lane
Brandon, FL 33510

                                            S/ Jennifer Hernandez
                                            Case Manager